PAUL J. FISHMAN
United States Attorney
MARIELENA PIRIZ
Assistant US Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2813
Fax. 973-297-2010
email: marielena.piriz@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTATE OF MICHAEL FOSTER, by DAVID E. FOSTER as Administrator and Administrator Ad Prosequendum of the ESTATE OF MICHAEL FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. KATZ, M.D., JAMES S. DONAHOO, M.D., WILLIAM F. FALLON, M.D., RICHI MEHTA, M.D., ADITYA SOOD, M.D., VAMSI V. ALLI, M.D., NEIL KING, M.D., UNITED STATES OF AMERICA, U.S. DEPARTMENT OF VETERANS AFFAIRS, VA NEW JERSEY HEALTH CARE SYSTEM, EAST ORANGE CAMPUS VA HOSPITAL, et al.,<br><br>Defendants. | HON. KATHERINE S. HAYDEN<br><br>*Civil Action No.* 15-7994 (KSH) (CLW)<br><br>**STIPULATION AND ORDER** |

Counsel for Plaintiff Estate of Michael Foster, by David E. Foster as Administrator and Administrator Ad Prosequendum of the Estate of Michael Foster ("Plaintiff") and counsel for Defendants John W. Katz, M.D., James S. Donahoo, M.D., William F. Fallon, M.D., Richi Mehta, M.D., Aditya Sood, M.D., Vamsi V. Alli, M.D., Neil King, M.D., United States of America, U.S. Department of Veterans Affairs, VA New Jersey Health Care System and East Orange Campus

VA Hospital (collectively, "Defendants") agree and stipulate that the sole proper Defendant in the instant matter is the United States of America.

Accordingly, Plaintiff and Defendants, through their respective counsel, agree and stipulate to the following: (1) John W. Katz, M.D., James S. Donahoo, M.D., William F. Fallon, M.D., Richi Mehta, M.D., Aditya Sood, M.D., Vamsi V. Alli, M.D., Neil King, M.D., U.S. Department of Veterans Affairs, VA New Jersey Health Care System and East Orange Campus VA Hospital are hereby dismissed as parties and (2) the caption of this action shall be amended as follows: <u>Estate of Michael Foster, by David E. Foster as Administrator and Administrator Ad Prosequendum of the Estate of Michael Foster v. United States of America</u>.

Dated: May 12, 2016
      Roseland, New Jersey

/s/ *Paul M. da Costa*
PAUL M. DA COSTA, ESQ.
Attorney for Plaintiff

PAUL J. FISHMAN
United States Attorney

Dated: May 12, 2016
      Newark, New Jersey

By: /s/ *Marielena Piriz*
MARIELENA PIRIZ
Assistant United States Attorney
Attorney for Defendants

So Ordered.

THE HONORABLE KATHERINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2016

2